UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| R AND B ENTERPRISES OF HOHENWALD, LLC,  ]<br>]<br>Plaintiff,  ]<br>]<br>v.  ]<br>]<br>]<br>THE MENNINGER CORPORATION  ]<br>d/b/a THE RICHARD SALES CO.,  ]<br>]<br>Defendant.  ] | No. 1:10-00022<br>JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion to transfer (Docket Entry No. 24) is **GRANTED** and it is **ORDERED** that this action be **TRANSFERRED** to the Eastern District of Kentucky.

It is so **ORDERED**.

**ENTERED** this the 20th day of October, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge